# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00178SOM |
| CASE NAME: | USA vs. (07) Elizabeth Ann Jones |
| ATTYS FOR PLA: | Thomas Koenig |
| | J. Martin Romualdez (USPO) |
| ATTYS FOR DEFT: | 07 Harlan Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 11/30/2006 | TIME: | 1:30 - 1:50 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (07) Elizabeth Ann Jones present.

Defendant admits to all 6 violations.

Ms. Jones informs the Court that she is entering into a Clean and Sober House.

Court continues this hearing to 2/8/07 @ 2:15 p.m.

Court adds the following additional conditions of supervised release:

▸   That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

▸   That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

\>     That the defendant shall reside at the clean-and-sober house at 2550 Date Street in Honolulu, Hawaii, unless and until otherwise approved by the Probation Office.

USPO to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.