AO 83 (Rev. 12/85) Summons in a Criminal Case

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT

DEC 01 2006

## District of Hawaii

at _10_ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

V.

Case Number: CR 02-00178 SOM-07

ELIZABETH ANN JONES
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number)<br><br>Before: Susan Oki Mollway, United States District Judge | AS DESIGNATED |
| | Date and Time |
| | November 30, 2006 at 1:30 PM |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2006 NOV 20  AM 9: 20
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

---

Sue Beitia
Name and Title of Issuing Officer

_(signature)_
Signature of Issuing Officer/Deputy Clerk

November 17, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 02-00178 SOM-07

## RETURN OF SERVICE

Service as made by me on:[1]                         Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____
_____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of
suitable age and discretion then residing therein and mailed a copy of the summons to the
defendant's last known address
Name of person with whom the summons was left:_____
_____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on _____        Mark M . Hanohano
                    Date                     Name of United States Marshal

                                            _____
                                            (by) Deputy United States Marshal

Remarks:

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Ann Jones
116 Kauhaa St
Kihei, HI  96753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1820 0002 1810 8076

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540