ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELIZABETH ANN JONES, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL NO. CR 02-00178SOM-07 <br><br> ORDER MODIFYING CONDITIONS <br> OF SUPERVISED RELEASE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 06 2006

at 2 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On November 30, 2006, the Court held a hearing in the above-captioned case, pursuant to a Request for Course of Action, filed by the U.S. Probation Office on November 16, 2006. The following individuals were present before the Court: Special Assistant United States Attorney (SAUSA) Thomas Koenig, appearing on behalf of the government; Court-appointed defense counsel Harlan Kimura, appearing on behalf of Defendant Elizabeth Ann Jones (hereinafter "the defendant"), who was also present pursuant to a Summons; and J. Martin Romualdez, U.S. Probation Officer. During the hearing, the defendant admitted that she committed all of the violations alleged in the aforementioned Request for Course of Action. The Court made no findings at this time. With the consent of the government and the defendant, the Court continued the hearing to February 8, 2007, at 2:15 p.m. In addition, having considered the defendant's history and circumstances, the alleged violations, and the defendant's admissions, the Court modified the defendant's conditions of supervised release.

IT IS HEREBY ORDERED that the defendant's conditions of supervised release be modified to include the following special conditions:

Special Condition No. 9:  That the defendant execute all financial disclosure forms, and provide the U.S. Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the U.S. Probation Office.

Special Condition No. 10:  That the defendant shall submit her person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

<u>Special Condition No. 11</u>: That the defendant shall reside at the clean-and-sober house at 2550 Date Street in Honolulu, Hawaii, unless and until otherwise approved by the U.S. Probation Office.

All other conditions of supervised release previously imposed shall remain in effect.

Dated: December 1, 2006, at Honolulu, Hawaii.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge