# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00178SOM

CASE NAME:        USA vs. (07) Elizabeth Ann Jones

ATTYS FOR PLA:    Thomas Koenig

ATTYS FOR DEFT:   07 Harlan Kimura
                  J. Martin Romualdez (USPO)

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/8/2007 | TIME: | 2:25 - 2:40 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (07) Elizabeth Ann Jones present.

Mr. Kimura updated the Court on the defendant's status.

Defendant (07) Elizabeth Ann Jones addressed the Court.

Court holds the admitted violations in abeyance, and reserves the right to make a ruling later.

Defendant to continue on supervised release and modifies the conditions:

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.

- The defendant is prohibited from the possession and/or use of alcohol during the term of supervised release, and shall not associate with any individual who is actively consuming or using alcohol, and shall not enter any establishment in which the sale and consumption of alcohol is the primary source of business.

- That the defendant shall reside at the clean-and-sober house at 2550 Date Street in Honolulu, Hawaii, unless and until otherwise approved by the Probation Office.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

- That the defendant is required to follow instructions of her Probation Officer relating to her financial management skills, including possible participation in a financial management class and limitation of expenditures.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

- That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant shall either be employed or enrolled in an educational program unless excused by the Probation Office.

USPO to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.