ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ELIZABETH ANN JONES, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL NO. CR 02-00178SOM-07<br><br>ORDER MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On February 8, 2007, the Court held a further hearing in the above-captioned case, pursuant to a Request for Course of Action, filed by the U.S. Probation Office on November 16, 2006. The following individuals were present before the Court: Special Assistant United States Attorney (SAUSA) Thomas Koenig, appearing on behalf of the government; Court-appointed defense counsel Harlan Kimura, appearing on behalf of Defendant Elizabeth Ann Jones (hereinafter "the defendant"), who was also present pursuant to an order to appear that had been issued by the Court on November 30, 2006; and J. Martin Romualdez, U.S. Probation Officer. During the hearing, an oral report was delivered to the Court by the U.S. Probation Officer that the defendant was currently in compliance with the supervision conditions imposed by the Court and was participating in both mental health and substance abuse counseling. The Court made no findings regarding the violations alleged in the aforementioned Request for Course of Action and admitted to by the defendant during the initial hearing on November 30, 2006. The Court held all of the violations in abeyance, reserving the right to take any

appropriate action in the future. The Court made it clear that all of the violations would be considered in the future, if further moved upon. With the consent of all parties, the Court continued the defendant on her current term of supervised release. In addition, having considered the defendant's history and circumstances, the alleged violations, and the defendant's admissions, the Court modified the defendant's conditions of supervised release.

IT IS HEREBY ORDERED that the defendant's conditions of supervised release be modified to include the following special condition:

Special Condition No. 12: That the defendant shall either be employed or enrolled in an educational program, unless excused by the Probation Office.

All other conditions of supervised release previously imposed shall remain in effect.

Dated: February 27, 2007, at Honolulu, Hawaii.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge